IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT,
IN AND FOR ORANGE COUNTY, FLORIDA

WORLD SPORTS ALUMNI, INC,
*Plaintiff,*

CASE NO.:

JUDGE:

vs.

NATIONL FOOTBALL LEAGUE,
NATIONL FOOTBALL LEAGUE ALUMNI
ASSOCIATION, SENECA MCMILLAN, ET AL.
*Defendants.*
_____/

## COMPLAINT FOR DAMAGES

**COMES NOW**, Plaintiff, WORLD SPORTS ALUMNI ("Plaintiff"), by and through undersigned counsel, and hereby files this Complaint and sues, NATIONAL FOOTBALL LEAGUE, NATIONAL FOOTBALL LEAGUE ALUMNI ASSOCIATION, and SENECA MCMILLAN ("Defendants") and in support thereof states as follows:

### I. PARTIES, JURISDICTION, AND VENUE

1. This is an action for damages arising out of violations of State and Federal law claims and torts detailed below in an amount greater than $15,000.00.

2. Plaintiff, World Sports Alumni, is a company doing business globally, including but not limited to Orange County, Florida, to market and promote current and former professional athletes across all sports spectrums. The company's business headquarters is located in Orange County, Florida.

3. Defendant, National Football League, is a professional American football league, doing business globally, including in Orange County, Florida. The company's business headquarters is located in New York, New York.

4. Defendant, National Football League Alumni Association, is a company doing business nationally, including in Orange County, Florida, to inform, assist, and serve players in their post-NFL careers. The company's headquarters is located in Mount Laurel, New Jersey.

5. Defendant, Seneca McMillan, is a natural person over the age of 18 and is the president of the Central Florida Chapter of the National Football League Alumni Association. Mr. McMillan resides in Orange County, Florida.

6. The claims herein are brought against the Defendants, jointly and severally for all damages, including but not limited to money damages as compensation for monetary damages suffered due to violations of Plaintiff's Right of Publicity and any and all damages this court may determine.

7. Plaintiff injuries were caused by the negligent, intentional and wrongful acts and omissions of all of the Defendants while Defendants were acting within the scope of their offices and/or employment.

8. The acts or omissions which give rise to Plaintiffs injuries occurred in Orange County, Florida.

9. Jurisdiction arises under § 48.193(2), Fla. Stat. (2018). This statute holds a defendant who is engaged in substantial and not isolated activity within this state, whether such activity is wholly interstate, intrastate, or otherwise, is subject to the jurisdiction of the courts of this state, whether or not the claim arises from that activity.

## II. FACTUAL ALLEGATIONS

10. Paragraphs 1 through 9 are incorporated as though fully stated herein.

11. In or about December 2017, Defendants published the name, image or likeness of Nick Anderson and Riddick Bowe (hereinafter referred to as "Clients") on marketing material to promote an upcoming celebrity Pro Bowl Party in Orlando, Florida hosted by Defendants and/or their agents. (Exhibit 1).

12. On, December 29, 2017, Clients Riddick Bowe, former professional heavyweight boxing champion, and Nick Anderson, former professional NBA basketball player, through their agent World Sports Alumni, notified Mr. Elvis Gooden, CEO, NFL Alumni, Inc., via electronic mail to remove the unauthorized marketing material of their likeness from publication.

13. Defendants did not remove the marketing material which remained in publication until the celebrity Pro Bowl Party, on or about January 28, 2018.

14. In or about January 2018, Defendants published the name, image or likeness of Brandon Meriweather, former professional NFL football player (hereinafter included in reference to "Clients") on marketing material to promote tailgate event in Orlando Florida, hosted by Defendants and/or their agents. (Exhibit 2).

15. On January 10, 2018, Brandon Meriweather, personally and through his agent World Sports Alumni, notified the Defendants via text message and via electronic email mail to remove the unauthorized marketing material of his likeness from publication.

16. Defendants did not remove the marketing material which remained in publication until the scheduled date of the tailgate event.

17. Clients never signed any agreements giving Defendants permission to use their respective name, image, or likeness in any marketing material, including marketing material to promote a celebrity NFL Pro Bowl Party or tailgate event hosted by the Defendants.

18. Clients never received an agreement from Defendants, never negotiated an agreement with Defendants and/or payment for the use of their respective name, image, or likeness on any marketing material for a celebrity NFL Pro Bowl Party or tailgate event.

19. Defendants knew or should have known that Clients never signed any agreement to allow their respective name, image, or likeness to appear on marketing material for a celebrity NFL Pro Bowl Party or tailgate event.

20. Defendants had a duty to protect the Client's privacy and the unauthorized use of their respective name, image, or likeness.

21. Defendants willfully and malicious failed to protect Client's privacy and the unauthorized use of their respective name, image, or likeness in published marketing material to promote a celebrity NFL Pro Bowl Party and tailgate event.

22. As a result of Defendants actions, Clients have suffered financial and emotional harm. The harm is permanent and Clients will continue to suffer in the future.

23. Plaintiff is the agent for Clients and has been designated and authorized to represent and otherwise pursue legal claims on behalf of the Clients, collectively and individually.

### III. FIRST CLAIM - VIOLATION OF F.S. §540.08

24. Plaintiff incorporates 1 through 10 by reference herein all allegations set forth above.

25. The acts and events set forth above constitute a violation of the "Unauthorized Publication" of the Name and/or Likeness of Clients and the Invasion of Privacy-Appropriation rules and regulations under the laws of the State of Florida which state "No person shall publish, print, display or otherwise publicly use for purposes of trade or for any commercial or advertising purpose the name, portrait, photograph, or other likeness of any natural person without the express written or oral consent to such use given by: (a) such person; or (b) Any other person, firm or corporation authorized in writing by such person to license the commercial use of her name or likeness; or (c) If such person is deceased, any person, firm or corporation authorized in writing to license the commercial use of her likeness, or if no person, firm or corporation is so authorized, then by any one from among a class composed of her or his surviving spouse and surviving children".

26. Because the consent required by this statute was not obtained, Plaintiff may bring this action to enjoin such unauthorized publication, printing, display or other public use and recover damages for any loss or injury sustained by reason thereof, including an amount which would have been a reasonable royalty and punitive or exemplary damages;

27. Since these acts and events were undertaken and caused by employees and agents of the Defendants jointly and severally, all of the Defendants are liable for all damages caused by such acts, as provided by §9:70.1 Florida Statutes.

### IV SECOND CLAIM- LANHAM ACT

28. Plaintiff incorporates 1 through 10 by reference herein all allegations set forth above.

29. By reasons of the foregoing, Plaintiff herby asserts a claim against the Defendants for injunctive and monetary relief pursuant to 15 U.S.C. § 1125(a) with respect to the Defendants

unauthorized use of Client's likeness in published marketing material promoting a celebrity NFL Pro Bowl Party and tailgate event.

## V. THIRD CLAIM-VIOLATION OF FLORIDA DECEPTIVE & UNFAIR TRADE PRACTICES ACT FLA. STAT. § 501.021

30. Plaintiff incorporates 1 through 10 by reference herein all allegations set forth above.

31. Defendants knowingly used the unauthorized likeness of Clients in published marketing material promoting a celebrity NFL Pro Bowl Party and tailgate event.

32. Defendants have engaged in deceptive and unfair trade practices in violation of Florida's Deceptive and Unfair Trade Practices Act, Fla. Stat. §§ 501.201-201.213.

33. As a direct and proximate result of Defendants' deceptive and unfair trade practices, Clients have been damaged in an amount to be determined at trial.

34. Plaintiff will continue to suffer irreparable injury unless Defendants are permanently enjoined by this Court.

## VI. DAMAGES

35. Clients have suffered the following injuries for which they seek full compensation under the law:

   a. Costs incurred in filing and prosecution of this matter;

   b. Damages incurred as a result of the unauthorized Publication of Name or Likeness, including but not limited to unjust enrichment, and punitive or exemplary damages;

   c. Pain and suffering

**WHEREFORE**, Plaintiff, WORLD SPORTS ALUMNI, INC., prays for judgment against all Defendants for compensatory damages, punitive damages (where applicable), injunctive relief, costs, attorney's fees, trial by a jury to all issues and for all such other relief as this Court may deem necessary, just and proper.

Dated this 25th day of June, 2018

By: _____
**ALEXIS F. CARTER, JR.**
Florida Bar Number 72998
Law Office of Alexis F. Carter, P.A.
2014 East Robinson Street
Orlando, Florida 32803-6045
Telephone: (407) 252-2769
Primary: acarter@carterfirm.net
*Attorney for Plaintiff*

# EXHIBIT "1"

therealbowlparty.com



### The Exchange - Red Carpet Affair



Purchase Tickets

### LEGENDZ - The REAL Bowl Party

MORE DETAILS COMING SOON

Coming Soon!

### The Red Zone - Charity Tailgate

MORE DETAILS COMING SOON

Coming Soon!



therealbowlparty.com



### LEGENDZ - The REAL Bowl Party

The REAL Bowl Party is BACK!

Behold – LEGENDZ, part II of the most talked about bowl party during Pro Bowl Weekend.

10pm - 2am

**Day 3 - Sunday, January 28th**

10am - 3:30pm

### The Red Zone Tailgate

More Details Coming Soon!

## Our Celebrities & NFL Players



Justin Gatlin
*Olympic Gold Medalist*

  Sponsorships
Spots Available

## Our Past Events

  

 **World Sports Alumni** Promote

 Invite Friends to Like Your Page >

 Visitor Posts >

 **World Sports Alumni**
Posted by Jessica Kim
Yesterday at 9:24 PM ·

PSA: The WSA wishes to inform the public and sports fans that two of our notable pro athletes, Riddick Bowe (Heavyweight Boxing Champion) & Nick Anderson (NBA star), were both used without their knowledge or consent by the NFL Alumni Central Florida Chapter to promote sponsorship & ticket sales for their upcoming Pro Bowl events on Jan... See More





# **EXHIBIT "2"**





# OCPS Express
ORANGE COUNTY PUBLIC SCHOOLS

The Pro Bowl returns to Orlando on Sunday, January 28 - and the NFL Alumni Association and SeaWorld are partnering with our Foundation for a one-of-a-kind tailgate event on Saturday, January 27, to benefit OCPS mentoring programs!

Come learn how to "Make a Splash in Someone's Life" and help support vital mentoring programs such as Find Your Voice (for middle and high school girls), My Brother's Keeper (for young males of color), and City Year Orlando (for students in grades 3 through 9 who need support with attendance, behavior or coursework to ensure they are on track and on time for high school graduation).

The following NFL celebrities are scheduled to attend (subject to change):

- Corner back and two-time Pro Bowler Dre Bly
- Wide receiver Isaac Byrd
- Defensive end and Hall of Famer Chris Doleman
- Defensive back Chris Hale
- Corner back and Super Bowl XXXVII Champion Corey Ivy
- Green Bay Packers running back Aaron Jones
- Free safety and two-time Pro Bowler Brandon Meriweather
- Wide receiver and Pro Bowler Santana Moss
- Defensive end Fernando Smith
- Offensive tackle and Orlando native Max Starks
- Linebacker and two-time Pro Bowler Darryl Talley
- First female NFL coach Dr. Jennifer Welter
- Tight end and Hall of Famer Kellen Winslow
- Defensive end and Hall of Famer Jack Youngblood

This specially-created event has two parts - a Leadership Seminar from 9:00 a.m. to noon, and a Tailgate Party from noon to 3:00 p.m. - and includes admission to SeaWorld for the remainder of the day!

**Click here for more details**